FILED

01/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0547

FILED

JAN 0 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| JANET L. HAFFNER-LYNN, | ) **ORDER EXTENDING TIME FOR TRANSMISSION** |
| Appellant, | ) |
| vs. | ) Supreme Court |
| | ) Cause No. DA 20-0547 |
| MISTY L. ANNALA, | ) |
| Appellee. | ) |

The Appellant having filed a Motion to Extend the time for the court Reporter to transmit the trial transcript and good cause appearing:

IT IS HEREBY ORDERED THAT, Deidre Taber, Court Reporter, Fergus County, shall have up and through January 29, 2021 by which to get the Trial transcript transmitted to the Court.

_____
Justice of the Supreme Court